1  Robert F. McCauley (State Bar No. 162056)
   Tina E. Hulse (State Bar No. 232936)
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:     (650) 849-6600
5  Facsimile:     (650) 849-6666
   robert.mccauley@finnegan.com
6  tina.hulse@finnegan.com

7  Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
   Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  3500 SunTrust Plaza
   303 Peachtree Street, NE
10 Atlanta, GA 30308-3263
   Telephone:   404.653.6400
11 Facsimile:    404.653.6444
   roger.taylor@finnegan.com
12 jason.stach@finnegan.com

13 Attorneys for Plaintiff
   HON HAI PRECISION INDUSTRY CO., LTD.
14

15

16                     UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18                              SAN JOSE DIVISION

| | |
|---|---|
| 19  HON HAI PRECISION INDUSTRY CO., LTD. | Case No. C-07-cv-06217-PVT |
| 20               Plaintiff, | **MANUAL FILING NOTIFICATION OF PLAINTIFF HON HAI'S MOTION FOR PRELIMINARY INJUNCTION** |
| 21          v. | |
| 22  MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING B.V. | **DOCUMENT SUBMITTED UNDER SEAL** |
| 24               Defendants. | |
| 25 | Date:  January 15, 2007<br>Time:  10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Mag. Judge Patricia V. Trumbull |

27

28

**MANUAL FILING NOTIFICATION**

REGARDING: *Hon Hai Precision Industry Co., Ltd. v. Macrovision Corp., et al.*, C 07-cv-06217-PVT.

- Plaintiff Hon Hai's Motion for Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason:

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

[ ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: December 10, 2007         FINNEGAN, HENDERSON, FARABOW,
                                    GARRETT & DUNNER, L.L.P.

                                 By:_____/s/_____
                                     Robert F. McCauley
                                     Attorneys for Plaintiff Hon Hai Precision Industry
                                     Co., Ltd.

                                 Stanford Research Park
                                 3300 Hillview Avenue
                                 Palo Alto, California 94304
                                 Telephone:    (650) 849-6600
                                 Facsimile:    (650) 849-6666