Robert F. McCauley (State Bar No. 162056)
Tina E. Hulse (State Bar No. 232936)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666
robert.mccauley@finnegan.com
tina.hulse@finnegan.com

Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3263
Telephone:    404.653.6400
Facsimile:    404.653.6444
roger.taylor@finnegan.com
jason.stach@finnegan.com

Attorneys for Plaintiff
HON HAI PRECISION INDUSTRY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING B.V.<br><br>Defendants. | Case No. C-07-cv-06217-PVT<br><br>**MANUAL FILING NOTIFICATION OF THE DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**DOCUMENT SUBMITTED UNDER SEAL**<br><br>Date:   January 15, 2007<br>Time:   10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge:  Mag. Judge Patricia V. Trumbull |

**MANUAL FILING NOTIFICATION**

REGARDING: *Hon Hai Precision Industry Co., Ltd. v. Macrovision Corp., et al.*, C 07-cv-06217-PVT.

- Declaration of Samuel Fu in Support of Plaintiff Hon Hai's Motion for Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason:

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

[ ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: December 10, 2007          FINNEGAN, HENDERSON, FARABOW,
                                    GARRETT & DUNNER, L.L.P.

                                  By:_____/s/_____
                                      Robert F. McCauley
                                      Attorneys for Plaintiff Hon Hai Precision Industry
                                      Co., Ltd.

                                  Stanford Research Park
                                  3300 Hillview Avenue
                                  Palo Alto, California  94304
                                  Telephone:    (650) 849-6600
                                  Facsimile:    (650) 849-6666