1  Robert F. McCauley (State Bar No. 162056)
   Tina E. Hulse (State Bar No. 232936)
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666
   robert.mccauley@finnegan.com
6  tina.hulse@finnegan.com

7  Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
   Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
8  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
9  3500 SunTrust Plaza
   303 Peachtree Street, NE
10 Atlanta, GA 30308-3263
   Telephone:    404.653.6400
11 Facsimile:    404.653.6444
   roger.taylor@finnegan.com
12 jason.stach@finnegan.com

13 Attorneys for Plaintiff
   HON HAI PRECISION INDUSTRY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING B.V.<br><br>Defendants. | Case No. C-07-cv-06217-PVT<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT A TO DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**DOCUMENT SUBMITTED UNDER SEAL**<br><br>Date:    January 15, 2007<br>Time:   10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge: Mag. Judge Patricia V. Trumbull |

1

**MANUAL FILING NOTIFICATION**

2

    REGARDING: *Hon Hai Precision Industry Co., Ltd. v. Macrovision Corp., et al.*,

3

C 07-cv-06217-PVT.

4

    •     Exhibit A to the Declaration of Samuel Fu in Support of Plaintiff Hon Hai's Motion

5

    for Preliminary Injunction.

6

    This filing is in paper or physical form only, and is being maintained in the case file in the

7

Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

8

For information on retrieving this filing directly from the court, please see the court's main web site

9

at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not

10

efiled for the following reason:

11

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

12

[ ] Unable to Scan Documents

13

14

[_] Physical Object (description): _____

15

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

16

[X] Item Under Seal

17

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

18

19

[_] Other (description): _____

20

Dated: December 10, 2007                 FINNEGAN, HENDERSON, FARABOW,
                                                            GARRETT & DUNNER, L.L.P.

21

                                                     By: _____/s/_____

22

                                                        Robert F. McCauley
                                                    Attorneys for Plaintiff Hon Hai Precision Industry

23

                                                     Co., Ltd.

24

                                                     Stanford Research Park
                                                     3300 Hillview Avenue

25

                                                     Palo Alto, California 94304
                                                     Telephone:    (650) 849-6600

26

                                                     Facsimile:     (650) 849-6666

27

28

1  Robert F. McCauley (State Bar No. 162056)
   Tina E. Hulse (State Bar No. 232936)
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666
   robert.mccauley@finnegan.com
6  tina.hulse@finnegan.com

7  Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
   Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  3500 SunTrust Plaza
   303 Peachtree Street, NE
10 Atlanta, GA 30308-3263
   Telephone:    404.653.6400
11 Facsimile:    404.653.6444
   roger.taylor@finnegan.com
12 jason.stach@finnegan.com

13 Attorneys for Plaintiff
   HON HAI PRECISION INDUSTRY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING B.V.<br><br>Defendants. | Case No. C-07-cv-06217-PVT<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT B TO DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**DOCUMENT SUBMITTED UNDER SEAL**<br><br>Date:  January 15, 2007<br>Time:  10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge: Mag. Judge Patricia V. Trumbull |

1

**MANUAL FILING NOTIFICATION**

2

REGARDING: *Hon Hai Precision Industry Co., Ltd. v. Macrovision Corp., et al.*,

3
C 07-cv-06217-PVT.

4
- Exhibit B to the Declaration of Samuel Fu in Support of Plaintiff Hon Hai's Motion

5
for Preliminary Injunction.

6
This filing is in paper or physical form only, and is being maintained in the case file in the

7
Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

8
For information on retrieving this filing directly from the court, please see the court's main web site

9
at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not

10
efiled for the following reason:

11
[ ] Voluminous Document (PDF file size larger than the efiling system allows).

12
[ ] Unable to Scan Documents

13

14
[_] Physical Object (description): _____

15
[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

16
[X] Item Under Seal

17
[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

18

19
[_] Other (description): _____

20
Dated:  December 10, 2007                    FINNEGAN, HENDERSON, FARABOW,
                                                GARRETT & DUNNER, L.L.P.
21
                                              By:_____/s/_____
22
                                                 Robert F. McCauley
                                                 Attorneys for Plaintiff Hon Hai Precision Industry
23                                               Co., Ltd.

24
                                              Stanford Research Park
                                              3300 Hillview Avenue
25
                                              Palo Alto, California  94304
                                              Telephone:     (650) 849-6600
26
                                              Facsimile:     (650) 849-6666

27

28

1  Robert F. McCauley (State Bar No. 162056)
   Tina E. Hulse (State Bar No. 232936)
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:     (650) 849-6600
5  Facsimile:      (650) 849-6666
   robert.mccauley@finnegan.com
6  tina.hulse@finnegan.com

7  Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
   Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  3500 SunTrust Plaza
   303 Peachtree Street, NE
10 Atlanta, GA 30308-3263
   Telephone:     404.653.6400
11 Facsimile:      404.653.6444
   roger.taylor@finnegan.com
12 jason.stach@finnegan.com

13 Attorneys for Plaintiff
   HON HAI PRECISION INDUSTRY CO., LTD.
14

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD. | Case No. C-07-cv-06217-PVT |
| Plaintiff, | **MANUAL FILING NOTIFICATION OF EXHIBIT C TO DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING B.V. | |
| Defendants. | **DOCUMENT SUBMITTED UNDER SEAL** |
| | Date:  January 15, 2007<br>Time:  10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Mag. Judge Patricia V. Trumbull |

**MANUAL FILING NOTIFICATION**

REGARDING: *Hon Hai Precision Industry Co., Ltd. v. Macrovision Corp., et al.*, C 07-cv-06217-PVT.

- Exhibit C to the Declaration of Samuel Fu in Support of Plaintiff Hon Hai's Motion for Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason:

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

[ ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: December 10, 2007         FINNEGAN, HENDERSON, FARABOW,
                                  GARRETT & DUNNER, L.L.P.

                                 By:_____/s/_____
                                    Robert F. McCauley
                                    Attorneys for Plaintiff Hon Hai Precision Industry
                                    Co., Ltd.

                                 Stanford Research Park
                                 3300 Hillview Avenue
                                 Palo Alto, California  94304
                                 Telephone:   (650) 849-6600
                                 Facsimile:   (650) 849-6666

| | |
|---|---|
| 1  Robert F. McCauley (State Bar No. 162056)<br>   Tina E. Hulse (State Bar No. 232936)<br>2  FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>3  Stanford Research Park<br>   3300 Hillview Avenue<br>4  Palo Alto, California  94304<br>   Telephone:     (650) 849-6600<br>5  Facsimile:      (650) 849-6666<br>   robert.mccauley@finnegan.com<br>6  tina.hulse@finnegan.com<br><br>7  Roger Taylor (*Not Yet Admitted Pro Hac Vice*)<br>   Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)<br>8  FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>9  3500 SunTrust Plaza<br>   303 Peachtree Street, NE<br>10 Atlanta, GA 30308-3263<br>   Telephone:    404.653.6400<br>11 Facsimile:     404.653.6444<br>   roger.taylor@finnegan.com<br>12 jason.stach@finnegan.com<br><br>13 Attorneys for Plaintiff<br>   HON HAI PRECISION INDUSTRY CO., LTD. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING B.V.<br><br>Defendants. | Case No. C-07-cv-06217-PVT<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT D TO DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**DOCUMENT SUBMITTED UNDER SEAL**<br><br>Date:    January 15, 2007<br>Time:   10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:  Mag. Judge Patricia V. Trumbull |

**MANUAL FILING NOTIFICATION**

REGARDING: *Hon Hai Precision Industry Co., Ltd. v. Macrovision Corp., et al.*, C 07-cv-06217-PVT.

- Exhibit D to the Declaration of Samuel Fu in Support of Plaintiff Hon Hai's Motion for Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason:

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

[ ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: December 10, 2007	FINNEGAN, HENDERSON, FARABOW,
	   GARRETT & DUNNER, L.L.P.

	By:_____/s/_____
	     Robert F. McCauley
	     Attorneys for Plaintiff Hon Hai Precision Industry
	     Co., Ltd.

	Stanford Research Park
	3300 Hillview Avenue
	Palo Alto, California  94304
	Telephone:    (650) 849-6600
	Facsimile:     (650) 849-6666

1  Robert F. McCauley (State Bar No. 162056)
   Tina E. Hulse (State Bar No. 232936)
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California 94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666
   robert.mccauley@finnegan.com
6  tina.hulse@finnegan.com

7  Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
   Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  3500 SunTrust Plaza
   303 Peachtree Street, NE
10 Atlanta, GA 30308-3263
   Telephone:   404.653.6400
11 Facsimile:    404.653.6444
   roger.taylor@finnegan.com
12 jason.stach@finnegan.com

13 Attorneys for Plaintiff
   HON HAI PRECISION INDUSTRY CO., LTD.

14

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                       SAN JOSE DIVISION

| | |
|---|---|
| 19  HON HAI PRECISION INDUSTRY CO., LTD. | Case No. C-07-cv-06217-PVT |
| 20              Plaintiff, | **MANUAL FILING NOTIFICATION OF EXHIBIT E TO DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI'S MOTION FOR PRELIMINARY INJUNCTION** |
| 21              v. | |
| 22  MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING B.V. | |
| 23  | **DOCUMENT SUBMITTED UNDER SEAL** |
| 24              Defendants. | |
| 25  | Date:  January 15, 2007<br>Time:  10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Mag. Judge Patricia V. Trumbull |
| 26  | |
| 27  | |

28

**MANUAL FILING NOTIFICATION**

REGARDING: *Hon Hai Precision Industry Co., Ltd. v. Macrovision Corp., et al.*, C 07-cv-06217-PVT.

- Exhibit E to the Declaration of Samuel Fu in Support of Plaintiff Hon Hai's Motion for Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason:

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

[ ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: December 10, 2007            FINNEGAN, HENDERSON, FARABOW,
                                     GARRETT & DUNNER, L.L.P.

                                    By:_____/s/_____
                                        Robert F. McCauley
                                        Attorneys for Plaintiff Hon Hai Precision Industry
                                        Co., Ltd.

                                    Stanford Research Park
                                    3300 Hillview Avenue
                                    Palo Alto, California  94304
                                    Telephone:    (650) 849-6600
                                    Facsimile:    (650) 849-6666

1  Robert F. McCauley (State Bar No. 162056)
   Tina E. Hulse (State Bar No. 232936)
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666
   robert.mccauley@finnegan.com
6  tina.hulse@finnegan.com

7  Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
   Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  3500 SunTrust Plaza
   303 Peachtree Street, NE
10 Atlanta, GA 30308-3263
   Telephone:    404.653.6400
11 Facsimile:    404.653.6444
   roger.taylor@finnegan.com
12 jason.stach@finnegan.com

13 Attorneys for Plaintiff
   HON HAI PRECISION INDUSTRY CO., LTD.
14

15

16                        UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT OF CALIFORNIA

18                                SAN JOSE DIVISION

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD. | Case No. C-07-cv-06217-PVT |
| Plaintiff, | **MANUAL FILING NOTIFICATION OF EXHIBIT F TO DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING B.V. | |
| Defendants. | **DOCUMENT SUBMITTED UNDER SEAL** |
| | Date:  January 15, 2007<br>Time:  10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Mag. Judge Patricia V. Trumbull |

**MANUAL FILING NOTIFICATION**

REGARDING: *Hon Hai Precision Industry Co., Ltd. v. Macrovision Corp., et al.*, C 07-cv-06217-PVT.

- Exhibit F to the Declaration of Samuel Fu in Support of Plaintiff Hon Hai's Motion for Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason:

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

[ ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: December 10, 2007     FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, L.L.P.

                             By:_____/s/_____
                                Robert F. McCauley
                                Attorneys for Plaintiff Hon Hai Precision Industry Co., Ltd.

                             Stanford Research Park
                             3300 Hillview Avenue
                             Palo Alto, California  94304
                             Telephone:   (650) 849-6600
                             Facsimile:   (650) 849-6666

1  Robert F. McCauley (State Bar No. 162056)
   Tina E. Hulse (State Bar No. 232936)
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:     (650) 849-6600
5  Facsimile:     (650) 849-6666
   robert.mccauley@finnegan.com
6  tina.hulse@finnegan.com

7  Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
   Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  3500 SunTrust Plaza
   303 Peachtree Street, NE
10 Atlanta, GA 30308-3263
   Telephone:    404.653.6400
11 Facsimile:    404.653.6444
   roger.taylor@finnegan.com
12 jason.stach@finnegan.com

13 Attorneys for Plaintiff
   HON HAI PRECISION INDUSTRY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING B.V.<br><br>Defendants. | Case No. C-07-cv-06217-PVT<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT G TO DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**DOCUMENT SUBMITTED UNDER SEAL**<br><br>Date:   January 15, 2007<br>Time:  10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge: Mag. Judge Patricia V. Trumbull |

**MANUAL FILING NOTIFICATION**

REGARDING: *Hon Hai Precision Industry Co., Ltd. v. Macrovision Corp., et al.*, C 07-cv-06217-PVT.

- Exhibit G to the Declaration of Samuel Fu in Support of Plaintiff Hon Hai's Motion for Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not efiled for the following reason:

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

[ ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: December 10, 2007         FINNEGAN, HENDERSON, FARABOW,
                                   GARRETT & DUNNER, L.L.P.

                                 By:_____/s/_____
                                    Robert F. McCauley
                                    Attorneys for Plaintiff Hon Hai Precision Industry
                                    Co., Ltd.

                                 Stanford Research Park
                                 3300 Hillview Avenue
                                 Palo Alto, California  94304
                                 Telephone:    (650) 849-6600
                                 Facsimile:    (650) 849-6666

1  Robert F. McCauley (State Bar No. 162056)
   Tina E. Hulse (State Bar No. 232936)
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666
   robert.mccauley@finnegan.com
6  tina.hulse@finnegan.com

7  Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
   Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  3500 SunTrust Plaza
   303 Peachtree Street, NE
10 Atlanta, GA 30308-3263
   Telephone:    404.653.6400
11 Facsimile:    404.653.6444
   roger.taylor@finnegan.com
12 jason.stach@finnegan.com

13 Attorneys for Plaintiff
   HON HAI PRECISION INDUSTRY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING B.V.<br><br>Defendants. | Case No. C-07-cv-06217-PVT<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT H TO DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  January 15, 2007<br>Time:  10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Mag. Judge Patricia V. Trumbull |

**MANUAL FILING NOTIFICATION**

REGARDING: *Hon Hai Precision Industry Co., Ltd. v. Macrovision Corp., et al.*, C 07-cv-06217-PVT.

- Exhibit H to the Declaration of Samuel Fu in Support of Plaintiff Hon Hai's Motion for Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason:

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

[ ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: December 10, 2007                FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, L.L.P.

                                        By:_____/s/_____
                                            Robert F. McCauley
                                            Attorneys for Plaintiff Hon Hai Precision Industry
                                            Co., Ltd.

                                        Stanford Research Park
                                        3300 Hillview Avenue
                                        Palo Alto, California  94304
                                        Telephone:    (650) 849-6600
                                        Facsimile:    (650) 849-6666

1  Robert F. McCauley (State Bar No. 162056)
   Tina E. Hulse (State Bar No. 232936)
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:     (650) 849-6666
   robert.mccauley@finnegan.com
6  tina.hulse@finnegan.com

7  Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
   Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  3500 SunTrust Plaza
   303 Peachtree Street, NE
10 Atlanta, GA 30308-3263
   Telephone:    404.653.6400
11 Facsimile:     404.653.6444
   roger.taylor@finnegan.com
12 jason.stach@finnegan.com

13 Attorneys for Plaintiff
   HON HAI PRECISION INDUSTRY CO., LTD.
14

15

16                            UNITED STATES DISTRICT COURT

17                           NORTHERN DISTRICT OF CALIFORNIA

18                                    SAN JOSE DIVISION

| | |
|---|---|
| 19  HON HAI PRECISION INDUSTRY CO., LTD. | Case No. C-07-cv-06217-PVT |
| 20                  Plaintiff, | **MANUAL FILING NOTIFICATION OF EXHIBIT J TO DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI'S MOTION FOR PRELIMINARY INJUNCTION** |
| 21                    v. | |
| 22  MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING | |
| 23  B.V. | |
| 24                  Defendants. | |
| 25 | Date:   January 15, 2007
Time:  10:00 a.m. |
| 26 | Place:  Courtroom 5, 4th Floor
Judge: Mag. Judge Patricia V. Trumbull |
| 27 | |
| 28 | |

**MANUAL FILING NOTIFICATION**

REGARDING: *Hon Hai Precision Industry Co., Ltd. v. Macrovision Corp., et al.*, C 07-cv-06217-PVT.

- Exhibit J to the Declaration of Samuel Fu in Support of Plaintiff Hon Hai's Motion for Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason:

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

[ ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: December 10, 2007           FINNEGAN, HENDERSON, FARABOW,
                                    GARRETT & DUNNER, L.L.P.

                                   By:_____/s/_____
                                       Robert F. McCauley
                                       Attorneys for Plaintiff Hon Hai Precision Industry
                                       Co., Ltd.

                                   Stanford Research Park
                                   3300 Hillview Avenue
                                   Palo Alto, California  94304
                                   Telephone:    (650) 849-6600
                                   Facsimile:    (650) 849-6666