Robert F. McCauley (State Bar No. 162056)
Tina E. Hulse (State Bar No. 232936)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666
robert.mccauley@finnegan.com
tina.hulse@finnegan.com

Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3263
Telephone:     (404) 653-6400
Facsimile:      (404) 653-6444
roger.taylor@finnegan.com
jason.stach@finnegan.com

Attorneys for Plaintiff
HON HAI PRECISION INDUSTRY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING B.V.<br><br>Defendants. | CASE NO.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF HON HAI'S MOTION FOR PRELIMINARY INJUNCTION** |

1  Before the Court is Plaintiff Hon Hai's Motion for a Preliminary Injunction. After reviewing
2  the moving, opposition, and reply papers, and hearing oral argument, the Court GRANTS Plaintiff's
3  motion. This Court hereby issues a preliminary injunction enjoining both Macrovision defendants
4  (1) from refusing to conduct alternative dispute resolution pursuant to the terms of the parties' DVD
5  Manufacturing License Agreement dated June 6, 2005 ("DVD Agreement"); (2) until a final
6  resolution via alternative dispute resolution, from treating Hon Hai as an allegedly unauthorized
7  licensee under the DVD Agreement (and interfering with Hon Hai's business as a licensee), and (3)
8  until a final resolution via alternative dispute resolution, from informing others that Hon Hai is in
9  breach of the license agreement and from removing Hon Hai from the list of licensed manufacturers
10 on Macrovision's website.
11 The Macrovision defendants are further ordered to specifically and fully perform their
12 obligations under the DVD Agreement until a final resolution via alternative dispute resolution,
13 which includes participating in alternative dispute resolution, and treating Hon Hai in all respects as
14 a licensee under the DVD Agreement, which includes listing Hon Hai on the list of licensed
15 manufacturers on Macrovision's website.
16 IT IS SO ORDERED.

Dated: _____        _____
United States District Judge

PROPOSED ORDER