1   Robert F. McCauley (State Bar No. 162056)
    Tina E. Hulse (State Bar No. 232936)
2   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3   Stanford Research Park
    3300 Hillview Avenue
4   Palo Alto, California  94304
    Telephone:     (650) 849-6600
5   Facsimile:     (650) 849-6666
    robert.mccauley@finnegan.com
6   tina.hulse@finnegan.com

7   Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
    Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
8   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
9   3500 SunTrust Plaza
    303 Peachtree Street, NE
10  Atlanta, GA 30308-3263
    Telephone:    404.653.6400
11  Facsimile:    404.653.6444
    roger.taylor@finnegan.com
12  jason.stach@finnegan.com

13  Attorneys for Plaintiff
    HON HAI PRECISION INDUSTRY CO., LTD.

14

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                       SAN JOSE DIVISION

19  HON HAI PRECISION INDUSTRY CO., LTD.          Case No. C-07-cv-06217-PVT

20                  Plaintiff,                    **CERTIFICATE OF SERVICE**

21         v.

22  MACROVISION CORPORATION and
    MACROVISION LICENSING & HOLDING
23  B.V.

24                  Defendants.

25                                               Date:   January 15, 2007
                                                 Time:   10:00 a.m.
26                                               Place:  Courtroom 5, 4th Floor
                                                 Judge:  Mag. Judge Patricia V. Trumbull
27

28

1

## CERTIFICATE OF SERVICE

2      I am more than eighteen years old and not a party to this action. My place of employment

3   and business address is 3300 Hillview Avenue, Palo Alto, California 94304.

4      On December 10, 2007, the following documents were served by the indicated means to the

5   persons at the addresses listed:

6   • **HIGHLIGHTED VERSION OF PLAINTIFF HON HAI PRECISION INDUSTRY CO., LTD.'S MOTION FOR PRELIMINARY INJUNCTION;**

7

8   • **HIGHLIGHTED VERSION OF THE DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI PRECISION INDUSTRY CO., LTD.'S MOTION FOR PRELIMINARY INJUNCTION;**

9

10  • **REDACTED VERSION OF PLAINTIFF HON HAI PRECISION INDUSTRY CO., LTD.'S MOTION FOR PRELIMINARY INJUNCTION;**

11  • **REDACTED VERSION OF THE DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI PRECISION INDUSTRY CO., LTD.'S**

12  **MOTION FOR PRELIMINARY INJUNCTION;**

13  • **EXHIBITS A-J TO THE DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI PRECISION INDUSTRY CO., LTD.'S MOTION FOR**

14  **PRELIMINARY INJUNCTION;**

15  • **MANUAL FILING NOTIFICATIONS FOR EXHIBITS A-H AND J;**

16  • **MANUAL FILING NOTIFICATION FOR HON HAI'S MOTION FOR PRELIMINARY INJUNCTION;**

17

18  • **MANUAL FILING NOTIFICATION FOR THE DECLARATION OF SAMUEL FU IN SUPPORT OF PLAINTIFF HON HAI PRECISION INDUSTRY CO., LTD.'S MOTION FOR PRELIMINARY INJUNCTION;**

19

20  • **PLAINTIFF'S ADMINISTRATIVE MOTION FOR FILING UNDER SEAL; SUPPORTING DECLARATION OF ROBERT F. MCCAULEY; [PROPOSED] ORDER;**

21

22  Stephen Yu
Macrovision Licensing & Holding B.V.
Macrovision Corproation
23  2830 De la Cruz Boulevard
Santa Clara, CA 95050

24

25  James Budge
Macrovision Licensing & Holding B.V.
2830 De la Cruz Boulevard
26  Santa Clara, CA 95050

27

28

| | |
|---|---|
| ☐ | Via Email |
| ☐ | Via First Class Mail |
| ☒ | Via Hand Delivery |
| ☐ | Via Overnight Courier |
| ☐ | Via Facsimile |

| | |
|---|---|
| ☐ | Via Email |
| ☐ | Via First Class Mail |
| ☒ | Via Hand Delivery |
| ☐ | Via Overnight Courier |
| ☐ | Via Facsimile |

Stephen Yu
Macrovision Licensign & Holding B.V.
Locatellikade 1
parnassustoren
1076 AZ Amsterdam
Netherlands

☐ Via Email
☒ Via First Class Mail (Registered, Return Receipt Requested)

     I am readily familiar with my firm's practice for collection and processing correspondence for mailing with the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing at our business offices on December 10, 2007, following ordinary business practice.

     I am also familiar with my firm's practice for personal service in that the above documents were handed to a courier who then delivered said documents to the addresses listed above.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member of the bar of this court at whose direction the service was made; and that this declaration was executed on December 10, 2007, at Palo Alto, California.

Georgia Merner-Becker
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:　(650) 849-6600
Facsimile:　(650) 849-6666