1  KENNETH E. KELLER (State Bar No. 71450) kkeller@kksrr.com
2  ANNE E. KEARNS (State Bar No. 183336) akearns@kksrr.com
   GARTH A. ROSENGREN (State Bar No. 215732) grosengren@kksrr.com
3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, 4th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 249-8330
5  Facsimile:  (415) 249-8333

6
   Attorneys for Defendants MACROVISION CORPORATION
7  AND MACROVISION LICENSING & HOLDING B.V.

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                           (SAN JOSE DIVISION)
11

12 | | |
|---|---|
13 | HON HAI PRECISION INDUSTRY CO., LTD., | Case No.:  C07-06217 PVT |
14 | Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
15 | v. | **AND** |
16 | MACROVISION CORPORATION and MACROVISION LICENSING & HOLDING B.V., | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
17 | | |
18 | Defendants. | |

19

20

21

22         **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:**

23         The undersigned party hereby declines to consent to the assignment of this case to a United

24

25

26  //

27  //

28  //

1  States Magistrate Judge for trial and disposition and hereby requests the reassignment of
2  this case to a United States District Judge.
3
4  Dated: December 17, 2007                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
5
6
7                                              By: _____/S/_____
                                                    KENNETH E. KELLER
8                                              Attorneys for Defendants MACROVISION
                                                CORPORATION AND MACROVISION LICENSING
9                                              & HOLDING B.V.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  84000
28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO.: C07-06217 PVT                                                              2