1    Robert F. McCauley (State Bar No. 162056)
     Tina E. Hulse (State Bar No. 232936)
2    FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3    3300 Hillview Avenue
     Palo Alto, California  94304
4    Telephone:     (650) 849-6600
     Facsimile:     (650) 849-6666
5    robert.mccauley@finnegan.com
     tina.hulse@finnegan.com
6

7    Roger Taylor (*Not Yet Admitted Pro Hac Vice*)
     Jason E. Stach (*Not Yet Admitted Pro Hac Vice*)
8    FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
     3500 SunTrust Plaza
9    303 Peachtree Street, NE
     Atlanta, GA 30308-3263
10   Telephone:     (404) 653-6400
     Facsimile:     (404) 653-6444
11   roger.taylor@finnegan.com
     jason.stach@finnegan.com
12

     Attorneys for Plaintiff
13   HON HAI PRECISION INDUSTRY CO., LTD.

14

15                      UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                        SAN JOSE DIVISION

18

19   HON HAI PRECISION INDUSTRY CO., LTD.     CASE NO. C-07-cv-06217  RMW PVT

20             Plaintiff,               **DISMISSAL WITH PREJUDICE**

21          v.

22   MACROVISION CORPORATION and
     MACROVISION LICENSING & HOLDING
23   B.V.
              Defendants.
24

25

26

27

28

                          DISMISSAL WITH PREJUDICE

1    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Hon Hai Precision Industry Co., Ltd. hereby

2  dismisses this action in its entirety with prejudice.  Neither defendant has served an answer or

3  motion for summary judgment in this action.

4  Dated:  December 28, 2007                      FINNEGAN, HENDERSON, FARABOW,
                                                     GARRETT & DUNNER, L.L.P.
5

6

7                                                 By:___/s/_____
                                                     Robert F. McCauley
8                                                    Attorneys for Plaintiff
                                                     Hon Hai Precision Industry Co., Ltd.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISMISSAL WITH PREJUDICE